any party for a period not to exceed 30 days . . . ." 383 U. S. 1110–1111. The court also refrained from deciding "that an oral notice of appeal transcribed into the record would never be sufficient to invoke jurisdiction in the court of appeals." Yet the court allowed a plainly invalid conviction to stand. Because I believe that the Court of Appeals, in the words of *Fallen* v. *United States,* 378 U. S. 139, 142, "[o]verlooked . . . the fact that the Rules are not, and were not intended-to be, a rigid code to have an inflexible meaning irrespective of the circumstances" and because I find it "apparent when the circumstances of this case are examined" that "the Rules were not approached with sympathy for their purpose," I would grant certiorari in this case to correct a clear miscarriage of justice. Cf. *Berman* v. *United States,* 378 U. S. 530 (dissenting opinion).

No. 1000.  PACIFIC INLAND NAVIGATION Co. *v.* COURSE. C. A. 9th Cir.  Motion of Columbia River Towboat Association for leave to file a brief, as *amicus curiae,* granted.  Certiorari denied.  *Floyd A. Fredrickson* for petitioner.  *Stephen M. King* for respondent.  *Thomas J. White* and *William F. White* for Columbia River Towboat Association, as *amicus curiae,* in support of the petition.

No. 1007.  LOCKLIN ET AL., DBA RADIANT COLOR Co. *v.* SWITZER BROTHERS, INC.  C. A. 9th Cir.  Motion to use record in No. 803, October Term, 1961, granted.  Certiorari denied.  *Carl Hoppe* for petitioners.  *Benjamin H. Sherman* for respondent.

No. 1035.  PALEY *v.* BRENNER ET AL.  C. A. 7th Cir. Motion to dispense with printing petition granted.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for respondents.